

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

March 31, 2010

**By ECF**

Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Steven M. Gold
United States Magistrate-Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: McLoughlin v. News America Inc. d/b/a New York Post and David Rentas
Docket No. CV 10-0268 (SLT)(SMG)

Dear Judge Townes and Magistrate-Judge Gold:

I write on behalf of counsel for the Plaintiff and myself to advise the Court that the parties have resolved this action pursuant to a confidential settlement agreement which has been executed by the Plaintiff and will be executed by my clients tomorrow. As such, we would jointly request that the initial conference which is scheduled for April 6, 2010 be cancelled. We expect that a stipulation of dismissal with prejudice will be filed either tomorrow afternoon or Friday morning.

The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Barry I. Levy*

Barry I. Levy (BL 2190)

cc: All counsel via ECF

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com