

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

April 1, 2010

**By ECF**
Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **McLoughlin v. News America Inc. d/b/a New York Post and David Rentas
Docket No. CV 10-0268 (SLT)(SMG)**

Dear Judge Townes:

Enclosed please find a stipulation of dismissal, with prejudice, which has been executed by counsel in this matter. We would appreciate it if the Court could So-Order the stipulation and at Your Honor's convenience.

The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Barry J. Levy*

Barry I. Levy (BL 2190)

cc: Steven M. Gold, US.M.J.
All counsel via ECF

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com