UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
MARY MCLOUGHLIN,

                              Plaintiff,              Docket No.:
-against-                                        CV-10 0268 (SLT)(SMG)

NEWS AMERICA INCORPORATED D/B/A NEW
YORK POST, DAVID RENTAS, aider and abettor,

                              Defendant(s).
------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Plaintiff, Mary McLoughlin ("Plaintiff"), and Defendants, News America Incorporated d/b/a New York Post and David Rentas (collectively, "Defendants"), that that all claims that have been or could have been asserted by Plaintiff against the Defendants in this action are dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendants shall bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action.

Dated: March 30, 2010

VALLI KANE & VAGNINI, LLP

By: _____
    Sara Wyn Kane, Esq. (SK – 6390)
    600 Old Country Road, Suite 519
    Garden City, New York 11530
    (516) 203-7180

*Counsel for Plaintiff, Mary McLoughlin*

RIVKIN RADLER LLP

By: _____
    Barry I. Levy, Esq. (BL 2190)
    926 RXR Plaza
    Uniondale, New York 10007
    (516) 357-3000

*Counsel for Defendants,*
*News America Incorporated d/b/a New*
*York Post and David Rentas*

**SO ORDERED:**

_____
Sandra L. Townes, USDJ
Dated: _____