FILED

APR - 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARY MCLOUGHLIN,

                       Plaintiff,           Docket No.:
-against-                           CV-10 0268 (SLT)(SMG)

NEWS AMERICA INCORPORATED D/B/A NEW
YORK POST, DAVID RENTAS, aider and abettor,

                    Defendant(s).
----------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Plaintiff, Mary McLoughlin ("Plaintiff"), and Defendants, News America Incorporated d/b/a New York Post and David Rentas (collectively, "Defendants"), that that all claims that have been or could have been asserted by Plaintiff against the Defendants in this action are dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendants shall bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action.

Dated: March 30, 2010

VALLI KANE & VAGNINI, LLP

By: _____
Sara Wyn Kane, Esq. (SK – 6390)
600 Old Country Road, Suite 519
Garden City, New York 11530
(516) 203-7180

*Counsel for Plaintiff, Mary McLoughlin*

RIVKIN RADLER LLP

By: _____
Barry I. Levy, Esq. (BL 2190)
926 RXR Plaza
Uniondale, New York 10007
(516) 357-3000

*Counsel for Defendants,*
*News America Incorporated d/b/a New York Post and David Rentas*

SO ORDERED:

s/ Hon. Sandra L. Townes
U.S.D.J.
April 2, 2010

9



**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

April 1, 2010

**By ECF**
Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **McLoughlin v. News America Inc. d/b/a New York Post and David Rentas
Docket No. CV 10-0268 (SLT)(SMG)**

Dear Judge Townes:

Enclosed please find a stipulation of dismissal, with prejudice, which has been executed by counsel in this matter. We would appreciate it if the Court could So-Order the stipulation and at Your Honor's convenience.

The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Barry J. Levy*

Barry I. Levy (BL 2190)

cc: Steven M. Gold, U.S.M.J.
    All counsel via ECF

---

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com